IN THE UNITED STATES BANKRUPTCY COURT
For the MIDDLE DISTRICT of NORTH CAROLINA
WINSTON SALEM DIVISION

|  |  |  |
|---|---|---|
| In re:<br>William D. Massey<br>Tessa T. Massey<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Chapter: 7<br><br>REQUEST FOR SPECIAL NOTICE<br>Case Number: 13-40040-JCW<br>[No Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

CAPITAL ONE, N.A.
Merchant Name: BEST BUY CO., INC.

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that CAPITAL ONE, N.A. be given and served with all notices given or required to be given in the case as follows:

CAPITAL ONE, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 04/15/13
Account Number: ************7405

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Patti H. Bass  (AZ 016849)
Attorneys for Creditor
CAPITAL ONE, N.A.
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083
(520) 577-1544
ecf@bass-associates.com