

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 13−40040
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Daniel Massey | Tessa Thompson Massey |
| 7551 Natalie Commons Dr. | 7551 Natalie Commons Dr. |
| Denver, NC 28037 | Denver, NC 28037 |
| Social Security No.: xxx−xx−9529 | Social Security No.: xxx−xx−6914 |

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Request for Notice/Notice of Appearance filed in the above referenced case on 04/15/2013 as document # 9 is defective for the reason(s) marked below:

Incorrect Division on notice.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 17, 2013

Steven T. Salata
Clerk of Court

Electronically filed and signed (4/17/13)